**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:

THERY RAY GEORGE

CASE NO. 6:10-BK-19451-ABB
CHAPTER 7

Debtor(s)
_______________________________/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came for consideration upon the Motion for Relief From Stay filed by U.S. BANK NATIONAL ASSOCIATION (Document No. 11). No appropriate response having been filed in accordance with Local Rule 2002-4, it is ORDERED:

1. The automatic stay arising by reason of 11 U.S.C. Section 362 is terminated as to Movant's interest in the following property:

**Lot 299, of HAMPTON LAKES AT RIVER HALL, PHASE ONE, according to the plat thereof, as recorded in Instrument No. 2005000153004, of the public records of Lee County, Florida.**

**A/K/A 3251 Hampton Boulevard Alva, Florida 33920**

2. The Order Granting Relief from Stay is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property, and that Movant shall not obtain an in personam relief against the Debtor(s).

DONE AND ORDERED in Orlando, Florida, on January 27, 2011.

Arthur Briskman
United States Bankruptcy Judge

Copies furnished to:
U.S. BANK NATIONAL ASSOCIATION
c/o Joshua D. Donnelly
9204 King Palm Drive
Tampa, FL 33619-1328

THERY RAY GEORGE
882 GRAND HUGHEY CT.
APOPKA, FL 32712

WILLIAM SANCHEZ,ESQUIRE
111 N. MAGNOLIA AVENUE SUITE 1500
ORLANDO, FL 32801

GEORGE MILLS, TRUSTEE
PO BOX 995
GOTHA, FL 34734

UNITED STATES TRUSTEE
135 WEST CENTRAL BLVD., SUITE 620
ORLANDO, FL 32801